UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:19-CV-170-D

| | |
|---|---|
| CHRIS KIRBY, individually and on behalf of other similarly situated persons,<br>　　　　Plaintiff,<br><br>v.<br><br>CAUDILL VENTURES, LLC,<br>　　　　Defendant. | **ORDER GRANTING<br>JOINT MOTION TO STAY<br>LITIGATION PENDING MEDIATION** |

The parties have agreed and stipulated pursuant to the Joint Motion to Stay Litigation Pending Mediation for purposes of pursuing settlement and other good cause appearing,

IT IS HEREBY ORDERED that this litigation is stayed ~~for 120 days~~, through **March 20**, 2020.

IT IS FURTHER ORDERED that all further stipulations and agreements between the parties set forth in the Joint Motion to Stay Litigation Pending Mediation are APPROVED and ORDERED that the parties shall adhere thereto, subject to further order of the Court.

SO ORDERED. This the **30** day of November, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　United States District Judge