## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER KIRBY, individually and on behalf of other similarly situated persons, | )<br>)<br>) Case No. 7:19-CV-170 |
| Plaintiff, | ) |
| v. | ) |
| CAUDILL VENTURES, LLC, | ) |
| Defendant. | ) |

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

### ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR (1) CERTIFICATION OF A COLLECTIVE AND CLASS ACTION FOR SETTLEMENT PURPOSES, (2) APPROVAL OF A COLLECTIVE ACTION SETTLEMENT, (3) PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT, (4) APPROVAL OF NOTICE TO PUTATIVE CLAIMANTS, AND (5) SCHEDULING A HEARING FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT, AND MEMORANDUM IN SUPPORT

Having reviewed and considered Plaintiff's Consent Motion for (1) Certification of a Collective and Class Action for Settlement Purposes, (2) Approval of a Collective Action Settlement, (3) Preliminary Approval of a Collective Action Settlement, (4) Approval of Notice to Putative Claimants, and (5) Scheduling a Hearing for Final Approval of the Parties' Class Action Settlement Agreement, the Court hereby orders as follows:

1. The Court certifies, as set forth in the parties' settlement agreement, an FLSA collective action and preliminarily certifies a North Carolina class actions for purposes of settlement;

2. Upon preliminary review, the settlement reached by the parties, as set forth in the Settlement and Release Agreement ("Settlement Agreement") is fair and reasonable, suffers from no obvious defects, was reached after arm's-length negotiations between the parties, and

constitutes a reasonable compromise of the claims and defenses in this matter, subject only to any objections that may be raised at the final fairness hearing and final approval of the Settlement by this Court;

4. The Court approves as to form and content the proposed notice of collective and class action settlement and the notice plan set forth in the parties' Settlement Agreement as reasonable notice practicable under the circumstances and in full compliance with applicable law and orders that said Notice be sent out to prospective class members;

5. The Court appoints Christopher Kirby as the Class Representative for settlement purposes;

6. The Court finds that Mark Potashnick of Weinhaus & Potashnick, Eli Karsh of Liberman, Goldstein & Karsh, and Narendra Ghosh of Patterson Harkavy LLP are experienced counsel who have provided excellent representation to the Class and appoints them as Class Counsel;

7. All claim forms, opt-out requests and objection requests shall be due within sixty (60) days of the notice mailing;

8. Upon passage of the deadline for claim forms, opt-out requests and objection requests, Class Counsel shall promptly file a motion for final approval of the proposed settlement, the proposed service awards, and the proposed attorney's fee and cost awards. All other proceedings in this matter are stayed; and

9. The Court schedules a final fairness hearing to take place at 1:00 pM on August 28, 2020.

SO ORDERED. This 28 day of April 2020.

JAMES C. DEVER III
United States District Judge