UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER KIRBY, individually and on behalf of other similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> CAUDILL VENTURES, LLC, <br><br> Defendant. | Case No. 7:19-CV-170 |

### ORDER GRANTING MOTION FOR FINAL
### APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT

Having reviewed and considered Plaintiff's Consent Motion for Final Approval of a Class and Collective Action Settlement, the Court hereby orders as follows:

1. The Court certifies, as set forth in the parties' settlement agreement, an FLSA collective action and a North Carolina class actions;

2. The Court approves the parties' settlement, as set forth in the parties' Settlement and Release Agreement, as a fair, reasonable and adequate resolution of *bona fide* disputes between the parties;

3. The Court finds that the attorney fee rates sought are reasonable and approves an award of fees and costs equal one-third of the gross settlement value;

4. The Court orders the parties to effectuate the settlement terms; and

5. The Court dismisses the claims with prejudice.

SO ORDERED. This **28** day of August 2020.

*/s/ Dever*
JAMES C. DEVER III
United States District Judge